# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DANTE GRAVES, | : | No. 6 WAP 2023 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered |
| | : | February 23, 2023, at No. 510 MD |
| v. | : | 2022. |
| | : | |
| | : | |
| THE PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

     **AND NOW,** this 22nd day of November, 2023, the order of the Commonwealth Court is **AFFIRMED**.